William D. Fitzgerald, appellee, v. Edward J. McArdle, appellant. Gen. No. 33,452.

Opinion filed January 2, 1930.

Joseph D. Ryan and Patrick L. McArdle, for appellant. Burt A. Crowe and Albert C. Wenban, for appellee.

Mr. Justice Ryner delivered the opinion of the court.